UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICARDO ALVARADO CARPIO et al., | Case No. 2:26-cv-02622-TMC |
| Petitioners, | ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS |
| v. | |
| JULIO HERNANDEZ et al., | |
| Respondents. | |

## I.   ORDER

The petition for writ of habeas corpus is GRANTED. The parties agree that all Petitioners are Bond Denial Class members in *Rodriguez Vazquez v. Bostock*, 802 F. Supp. 3d 1297 (W.D. Wash. 2025). Noncitizens "present without admission who are apprehended in the interior of the United States are subject to the detention regime of § 1226, not § 1225(b)(2)(A)." *Rodriguez Vazquez v. Bostock*, No. 25-6842, slip op. at 10 (9th Cir. July 30, 2026). Petitioners have shown that their mandatory detention under § 1225(b) violates the INA, entitling them to habeas relief. *See* 28 U.S.C. § 2241(c)(3). The Court ORDERS as follows:

1.      The petition for writ of habeas corpus (Dkt. 1) is GRANTED.

2.      Within seven days of receiving Petitioner Ricardo Alvarado Carpio's request for a bond hearing, Respondents must either release him or provide him a bond hearing under 8 U.S.C. § 1226(a).

ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS - 1

3. Within seven days of receiving Petitioner Cebero Bahena Bahena's request for a bond hearing, Respondents must either release him or provide him a bond hearing under 8 U.S.C. § 1226(a).

4. Within seven days of receiving Petitioner Norberto Bernabe-Vega's request for a bond hearing, Respondents must either release him or provide him a bond hearing under 8 U.S.C. § 1226(a).

5. Within seven days of receiving Petitioner Jose De La Cruz Briones's request for a bond hearing, Respondents must either release him or provide him a bond hearing under 8 U.S.C. § 1226(a).

6. Within seven days of receiving Petitioner Johnny Espinoza Romero's request for a bond hearing, Respondents must either release him or provide him a bond hearing under 8 U.S.C. § 1226(a).

7. Within seven days of receiving Petitioner Gerardo Garcia Garcia's request for a bond hearing, Respondents must either release him or provide him a bond hearing under 8 U.S.C. § 1226(a).

8. Within seven days of receiving Petitioner Felipe Lopez-Pascual's request for a bond hearing, Respondents must either release him or provide him a bond hearing under 8 U.S.C. § 1226(a).

9. Within seven days of receiving Petitioner Alejandro Lucatero-Sepulveda's request for a bond hearing, Respondents must either release him or provide him a bond hearing under 8 U.S.C. § 1226(a).

10. Within seven days of receiving Petitioner Luis Marquez-Arzapala's request for a bond hearing, Respondents must either release him or provide him a bond hearing under 8 U.S.C. § 1226(a).

11. Within seven days of receiving Petitioner Alberto Martinez-Martinez's request for a bond hearing, Respondents must either release him or provide him a bond hearing under 8 U.S.C. § 1226(a).

12. Within seven days of receiving Petitioner Miguel Matias-Reyes's request for a bond hearing, Respondents must either release him or provide him a bond hearing under 8 U.S.C. § 1226(a).

13. Within seven days of receiving Petitioner Ernesto Rios-Marcelo's request for a bond hearing, Respondents must either release him or provide him a bond hearing under 8 U.S.C. § 1226(a).

14. Within seven days of receiving Petitioner Noe Rios-Solis's request for a bond hearing, Respondents must either release him or provide him a bond hearing under 8 U.S.C. § 1226(a).

ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS - 2

15.    Within seven days of receiving Petitioner Erick Rodriguez-Aguilar's request for a bond hearing, Respondents must either release him or provide him a bond hearing under 8 U.S.C. § 1226(a).

16.    Within seven days of receiving Petitioner Juan Salas-Sustaita's request for a bond hearing, Respondents must either release him or provide him a bond hearing under 8 U.S.C. § 1226(a).

17.    Within seven days of receiving Petitioner Abel Sanchez-Laguna's request for a bond hearing, Respondents must either release him or provide him a bond hearing under 8 U.S.C. § 1226(a).

18.    Within seven days of receiving Petitioner Manuel Villanueva Lopez's request for a bond hearing, Respondents must either release him or provide him a bond hearing under 8 U.S.C. § 1226(a).

19.    Upon the release of any Petitioner, Respondents must return to Petitioner any personal property, including any personal identification document (other than a passport) and any employment authorization document.

20.    Nothing in this order prevents an Immigration Judge from granting an individual Petitioner's request for a continuance in their bond proceedings.

Any fee petition should be filed within the deadlines set by the Equal Access to Justice Act, 28 U.S.C. § 2412. The parties are encouraged to confer on any fee request before filing a petition.

Dated this 30th day of July, 2026.

Tiffany M. Cartwright
United States District Judge

ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS - 3